Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−13442−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert J Pellechio
    aka Experienced Insurance Agency
    1 Wilson Avenue
    Randolph, NJ 07869

Social Security No.:
    xxx−xx−6792

Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on June 12, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 29 − 28
Order Granting Motion For Relief From Stay and Co−Debtor Stay re: 2012 Jeep Patriot (Related Doc # 28). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice., Granting Motion For Relief From Co−Debtor Stay of Theresa J. Pellechio (Related Doc # 28). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/10/2019. (car)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 12, 2019
JAN: car

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-13442-RG
Robert J Pellechio                                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1              Date Rcvd: Jun 12, 2019
                                 Form ID: orderntc         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db           +Robert J Pellechio,   1 Wilson Avenue,   Randolph, NJ 07869-2510
cr           +BANK OF AMERICA, N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
              Philadelphia, PA 19103-1814
cr           +Thrift Investment Corporation,   720 King George's Post Road P.O. Box 538,
              Fords, NJ  08863-0538,   UNITED STATES 08863-0538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 00:49:49
              Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              John R. Morton, Jr.  on behalf of Creditor   Thrift Investment Corporation
              ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin Gordon McDonald   on behalf of Creditor   Towd Point Master Funding Trust 2018-PM22 CO1,
              U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Nicholas  J. Palma, Esq.   on behalf of Debtor Robert J Pellechio NicholasPalma@PalmaLawFirm.com,
              VPD@PalmaLawFirm.com
              Nicholas V. Rogers   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Richard James Tracy, III   on behalf of Creditor   M&T Bank rtracy@schillerknapp.com,
              tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              Valerie  Palma DeLuisi   on behalf of Debtor Robert J Pellechio vpd@palmalawfirm.com,
              r51449@notify.bestcase.com
                                                                                        TOTAL: 8