**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48941
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Thrift Investment Corporation
JM-5630

In Re:
ROBERT J. PELLECHIO

Order Filed on June 10, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 19-13442 (RG)

Adv. No.:

Hearing Date: 6-5-2019

Judge: Hon. Rosemary Gambardella

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 10, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Robert J. Pellechio / 48941
Case No:   19-13442 (RG)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Thrift Investment Corporation** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Theresa J. Pellechio** to permit **Thrift Investment Corporation** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2012 Jeep Patriot
Vehicle Identification Number
1C4NJRBB2CD636034

United States Bankruptcy Court
District of New Jersey

In re:  
Robert J Pellechio  
    Debtor

Case No. 19-13442-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 12, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.  
db            +Robert J Pellechio,    1 Wilson Avenue,    Randolph, NJ 07869-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
           John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
            ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
           Kevin Gordon McDonald    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM22 CO1,
            U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Marie-Ann Greenberg    magecf@magtrustee.com
           Nicholas J. Palma, Esq.    on behalf of Debtor Robert J Pellechio NicholasPalma@PalmaLawFirm.com,
            VPD@PalmaLawFirm.com
           Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
           Richard James Tracy, III    on behalf of Creditor    M&T Bank rtracy@schillerknapp.com,
            tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           Valerie Palma DeLuisi    on behalf of Debtor Robert J Pellechio vpd@palmalawfirm.com,
            r51449@notify.bestcase.com
                                                                                                                                                                                          TOTAL: 8