Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19−13442−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert J Pellechio
    aka Experienced Insurance Agency
    1 Wilson Avenue
    Randolph, NJ 07869

Social Security No.:
    xxx−xx−6792

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/10/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2019
JAN: slm

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-13442-RG
Robert J Pellechio                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 13, 2019
                              Form ID: 148             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db           +Robert J Pellechio,    1 Wilson Avenue,    Randolph, NJ 07869-2510
cr           +Thrift Investment Corporation,    720 King George's Post Road P.O. Box 538,
               Fords, NJ 08863-0538,    UNITED STATES 08863-0538
518135145    +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
               Addison Texas 75001-9013
518122537    +Grassy Sprain Group, Inc.,    9858 Clint Moore Road Suite C-11 #217,    Boca Raton, FL 33496-1034
518037380    +Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
518037382    +JCP&L,    P.O. Box 3687,    Akron, OH 44309-3687
518037384    +Morris County Sheriff's Office,    560 West Hanover Avenue,    Morristown, NJ 07960-2500
518037385    +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518037386    +Perma Kill Exterminating Co. LLC,    5 Laurel Drive Suite 8,    Flanders, NJ 07836-4701
518037388    +Professional Account Management,    P.O. Box 1520,    Milwaukee, WI 53201-1520
518037389    +Randolph Dental Care,    ATTE: Raymond J. Noonan, L.L.C.,    170 Worth Street,
               Brick, NJ 08724-3417
518037390    +Schiller, Knapp, Lefkowitz & Herrtzel, L,    950 New Loudon Road,    Suite 109,
               Latham, NY 12110-2182
518037391    +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
518037393     Teresa Pellechio,    1 Wilson Ave.,    Randolph, NJ 07869-2510
518037394    +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd.,
               Fords, NJ 08863-1985
518037395    +Towd Point Master Funding Trust 2018-PM2,    900 Third Ave.,    Fifth Floor,
               New York, NY 10022-4728
518037396    +Traveleres Personal Insurance,    P.O. Box 660307,    Dallas, TX 75266-0307
518185602    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518037399    +YBA Asso of Yacht Sales Professionals,    1410 Ocean Avenue,    Sea Bright, NJ 07760-2226
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: BANKAMER2.COM Jun 14 2019 04:18:00    BANK OF AMERICA, N.A.,
               Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
               Philadelphia, PA 19103-1814
cr           +EDI: RMSC.COM Jun 14 2019 04:18:00    Synchrony Bank, c/o PRA Recievables Management, LL,
               POB 41021,    Norfolk, VA 23541-1021
518037376    +EDI: GMACFS.COM Jun 14 2019 04:13:00    ALLY,    Payment Processing Service,    P.O. Box 9001952,
               Louisville, KY 40290-1952
518198062     EDI: GMACFS.COM Jun 14 2019 04:13:00    Ally Capital,    PO Box 130424,
               Roseville MN 55113-0004
518059678     EDI: BECKLEE.COM Jun 14 2019 04:18:00    American Express National Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518037377    +EDI: AMEREXPR.COM Jun 14 2019 04:18:00    Amex,    Correspondence/Bankruptcy,    Po Box 981540,
               El Paso, TX 79998-1540
518037378    +EDI: BANKAMER.COM Jun 14 2019 04:18:00    Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998
518066636     EDI: BANKAMER.COM Jun 14 2019 04:18:00    Bank of America, N.A.,    PO BOX 31785,
               Tampa, FL 33631-3785
518037379    +EDI: CHASE.COM Jun 14 2019 04:18:00    Chase Card Services,    Correspondence Dept,
               Po Box 15298,    Wilmington, DE 19850-5298
518037381     EDI: IRS.COM Jun 14 2019 04:18:00    Internal Revenue Service,    Insolvency Remittance,
               PO Box 7317,    Philadelphia, PA 19101-7317
518037383     E-mail/Text: camanagement@mtb.com Jun 14 2019 00:57:09    M & T Bank,    Attn: Bankruptcy,
               Po Box 844,    Buffalo, NY 14240
518217891     E-mail/Text: camanagement@mtb.com Jun 14 2019 00:57:09    M&T Bank,
               c/o Schiller Knapp Lefkowitz Hertzel LLP,    Post Office Box 840,    Buffalo, New York 14240
518198761     EDI: PRA.COM Jun 14 2019 04:13:00    Portfolio Recovery Associates, LLC,    c/o Care Credit,
               POB 41067,    Norfolk VA 23541
518198759     EDI: PRA.COM Jun 14 2019 04:13:00    Portfolio Recovery Associates, LLC,    c/o Pc Richard,
               POB 41067,    Norfolk VA 23541
518037387    +EDI: PRA.COM Jun 14 2019 04:13:00    Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
518037392     EDI: NEXTEL.COM Jun 14 2019 04:18:00    Sprint,    P.O. Box 4181,    Carol Stream, IL 60197
518038949    +EDI: RMSC.COM Jun 14 2019 04:18:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518037397    +EDI: VERIZONCOMB.COM Jun 14 2019 04:13:00    Verizon,    P.O. Box 15124,
               Albany, NY 12212-5124
518037398     EDI: WFFC.COM Jun 14 2019 04:18:00    Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
               Greenville, SC 29606
518130479    +EDI: WFFC.COM Jun 14 2019 04:18:00    Wells Fargo Bank, N.A., Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 22
```

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: Jun 13, 2019
                               Form ID: 148               Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518130575*      Wells Fargo Bank, N.A., Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:

```
          John R. Morton, Jr.   on behalf of Creditor    Thrift Investment Corporation
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM22 CO1,
           U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas J. Palma, Esq.    on behalf of Debtor Robert J Pellechio NicholasPalma@PalmaLawFirm.com,
           VPD@PalmaLawFirm.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Richard James Tracy, III    on behalf of Creditor    M&T Bank rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Valerie Palma DeLuisi    on behalf of Debtor Robert J Pellechio vpd@palmalawfirm.com,
           r51449@notify.bestcase.com
                                                                             TOTAL: 8
```