UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Nicholas J. Palma, Esq., P.C.
Valerie Palma DeLuisi, Esq.
1425 Broad Street, Second Floor
Clifton, New Jersey 07013
Phone: (973) 471-1121 / Fax: (973) 472-0032
VPD@PalmaLawFirm.com
Counsel for Debtor

Order Filed on June 10, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

ROBERT J. PELLECHIO

Case No.: 19-13442
Hearing Date: APRIL 17, 2019
Judge: GAMBARDELLA
Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 10, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____DEBTOR ROBERT J. PELLECHIO_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Robert J Pellechio  
    Debtor

Case No. 19-13442-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 13, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.  
db          +Robert J Pellechio,    1 Wilson Avenue,    Randolph, NJ 07869-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:  
         John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation  
          ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM22 CO1,  
          U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas J. Palma, Esq.    on behalf of Debtor Robert J Pellechio NicholasPalma@PalmaLawFirm.com,  
          VPD@PalmaLawFirm.com  
         Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Richard James Tracy, III    on behalf of Creditor    M&T Bank rtracy@schillerknapp.com,  
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         Valerie Palma DeLuisi    on behalf of Debtor Robert J Pellechio vpd@palmalawfirm.com,  
          r51449@notify.bestcase.com  
                                                                                             TOTAL: 8